**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jessica Leeann Sledge,

Petitioner,

v.

Warden, FCI Waseca,

Respondent.

Civ. No. 25-3769 (JWB/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on September 1, 2026. (Doc. No. 20.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The September 1, 2026 Report and Recommendation (Doc. No. 20) is **ACCEPTED**.

2. Petitioner Jessica Leeann Sledge's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 15, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge